UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SHANE WARD,

                    Plaintiff,            NO. CV-10-0024-EFS

          v.
                                          **ORDER OF DISMISSAL**
NUCON SERVICES, INC.; F/V
ANGIE C; ROBERT WARMENHOVEN;
DL WARMENHOVEN; RICK THOMAS,

                    Defendants.

          By Stipulation filed April 4, 2011, (ECF No. 22), the parties
advised the Court that the above-captioned matter should be dismissed
with prejudice and without costs or fees, pursuant to Federal Rule of
Civil Procedure 41.

          Based on the Stipulation, **IT IS ORDERED:**

          1. The Complaint **(ECF No. 1)** is **DISMISSED with prejudice** and **without
costs** or fees awarded to any party;

          2. All pending trial and hearing dates are stricken;

          3. All pending motions are denied as moot; and

          4. This file shall be closed.

          **IT IS SO ORDERED.** The District Court Executive is directed to enter

//

/

ORDER * 1

1   this Order and distribute copies to counsel.

2       **DATED** this 7th   day of April 2011.

3

4                          s/Edward F. Shea

5                       EDWARD F. SHEA
                   United States District Judge

6   Q:\Civil\2010\24.attorney.show.cause.wpd

ORDER * 2